|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-038 |
| Plaintiff, | Case No. 20-CR- |
| v. | [18 U.S.C. § 2252A(a)(5)(A)] |
| KELLY L. TURNEY, | **Green Bay Division** |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about December 12, 2018, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin and elsewhere,

**KELLY L. TURNEY**

knowingly possessed matter that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 18 years.

2. The child pornography possessed by the defendant included a digital image of a pubescent minor female who appeared to be 12-14 years of age. The image depicted the naked minor female laying on her back on a bed, with her breasts exposed and legs spread, showing her vagina. The focus of the photo is the breasts and genitals of the child.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(A).

1

## FORFEITURE NOTICE

Upon conviction of the count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

**A TRUE BILL:**

FOREPERSON

Dated: February 19, 2020

MATTHEW D. KRUEGER
United States Attorney