# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**KELLY L. TURNEY**

**HEARING MINUTES
ARRAIGNMENT**

Case No. 20-CR-38

---

HONORABLE James R. Sickel, presiding  
Proceeding Held: February 20, 2020  
Deputy Clerk: Mara

Time Called: 1:35 p.m.  
Time Concluded: 1:45 p.m.  
Tape: 022020

**Appearances:**

UNITED STATES OF AMERICA by: Andrew J. Maier

KELLY L. TURNEY in person and by: Krista Halla-Valdes

US PROBATION OFFICE by: Brian Koehler

---

☒ Original Indictment ☐ Superseding Indictment ☒ Felony ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **4/30/2020** | Trial Estimate: | **2 days** |
| Final Pretrial Date: | **4/9/2020 at 2:30 p.m.** | Motions Due: | **3/6/2020** |
| Jury Trial Date: | **4/27/2020 at 8:30 a.m.** | Responses Due: | **3/16/2020** |
| District Judge: | **William C. Griesbach** | Replies Due: | **3/23/2020** |
| Magistrate Judge: | **Nancy Joseph** | | |

---

☒ Defendant advised of rights  
☒ Court orders counsel appointed  
☒ Copy of indictment received by defendant  
  ☒ indictment read; or ☐ reading waived  
☒ Not guilty plea entered by: ☒ defendant ☐ court

☒ Defendant advised of maximum penalties  
☒ Open discovery policy applies  
☒ Government to disclose GJ materials one day prior to trial

---

☒ Defendant released on: ☒ O/R bond; ☐ Cash bond; ☐ Property bond; ☒ with conditions.
  SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention hearing set for:
☐ Bond continued; or ☐ Detention continued as previously set

---

Maximum Penalties: 10 yrs, $250,000 fine, 5 yrs-life SR, $100 SA  
No objections to Pretrial Services' recommendation for release on O/R bond with conditions.